UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
                                          :
UNITED STATES OF AMERICA                  :    WAIVER OF INDICTMENT
                                          :
          - v. -                          :    S1 07 Cr. 852 (JSR)
                                          :
HERMAN COLON,                             :
     a/k/a "Bless,"                       :
                                          :
               Defendant.                 :
- - - - - - - - - - - - - - - - - - - - -x


          HERMAN COLON, a/k/a "Bless," the above-named defendant,
who is accused of violating Title 21, United States Code, Section
846, and being advised of the nature of the charges and his
rights, hereby waives, in open Court, prosecution by indictment
and consents that the proceeding may be by information instead of
by indictment.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED OCT 26 2007

HERMAN COLON

WITNESS

DAVID LEWIS, ESQ.
COUNSEL FOR HERMAN COLON


Date:     New York, New York
          October 26, 2007