UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     PRIOR FELONY INFORMATION

       - v. -                         :     S1 07 Cr. 852 (JSR)

HERMAN COLON,                      :
    a/k/a "Bless,"                 :
                Defendant.        :
- - - - - - - - - - - - - - - - - -x

**ORIGINAL**

       The United States Attorney charges:

       On or about June 20, 1997, in New York State Supreme Court, New York County, HERMAN COLON, a/k/a "Bless," the defendant, was convicted upon a plea of guilty of a felony relating to narcotics, namely, Attempted Criminal Sale of a Controlled Substance in the Third Degree.

       Accordingly, HERMAN COLON, a/k/a "Bless," the defendant, is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1)(D).

       (Title 21, United States Code, Section 851.)

Dated:   New York, New York
         October 25, 2007

                              _____
                              MICHAEL J. GARCIA
                              United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 5 2007