```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :   INFORMATION
                                    :
         - v. -                     :   S1 07 Cr. 852 (JSR)
                                    :
HERMAN COLON,                       :
     a/k/a "Bless,"                 :
                                    :
              Defendant.            :
- - - - - - - - - - - - - - - - - -x
```

**ORIGINAL**

COUNT ONE

The United States Attorney charges:

1. In or about June, 2007, in the Southern District of New York and elsewhere, HERMAN COLON, a/k/a "Bless," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of this conspiracy that HERMAN COLON, a/k/a "Bless," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, would and did distribute and possess with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(D), and 846.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 6 2007

OVERT ACT

3.  In furtherance of said conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.  On or about June 2, 2007, HERMAN COLON, a/k/a "Bless," helped organize a crew to steal approximately 50 pounds of marijuana from an apartment on Hull Avenue in the Bronx, New York.

(Title 21, United States Code, Section 846.)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

**October 26, 2007**          **U.S.A. v. HERMAN COLON**          **S1 07 Cr. 0852(JSR)**

**Waiver of Indictment and Information filed.**
Deft **HERMAN COLON** (#3), present with atty David Lewis, Ausa David Harbach and Court reporter present
Deft entered a plea of guilty. PSI ordered. The Court scheduled sentencing for February 14, 2008 at 2:00 p.m. The deft continued detained.

**RAKOFF, J.**

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**HERMAN COLON,
a/k/a "Bless,"**

**Defendant.**

**INFORMATION**

S1 07 Cr. 852 (JSR)

(Title 21, United States Code,
Section 846)

MICHAEL J. GARCIA
United States Attorney